UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COON, | Case No. EDCV 10-1041-SVW (PJWx) |
| Plaintiff, | |
| vs. | |
| WEST VALLEY DETENTION CENTER, SAN BERNARDINO COUNTY SHERIFF, HOUSING OFFICER, INTAKE NURSE, GRIEVANCE LIEUTENANT, AND UNIT FOUR OFFICER, | JUDGMENT |
| Defendants. | |

Pursuant to the Order filed this day,

IT IS HEREBY ADJUDGED that the action is dismissed in its entirety with prejudice.

DATED: 9/28/12

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE